**91–1534.** Fred Anthony Assoc., Ltd. v. Becker Powders, Inc. *Franklin County*, No. 90AP–585. Cause dismissed, on joint application to dismiss, effective February 19, 1992.

**92–305.** O'Brien v. Merit Savings Assn. *Franklin County*, No. 91AP–1312. Cause dismissed, on appellant's application for dismissal, effective February 19, 1992.